IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID W. MARSHALL, JR.,

                                                            ORDER

              Plaintiff,

                                                        10-cv-357-bbc

    v.

"NURSE BARB" or JANE DOE,
PAUL WESTERHAUS, BRUCE SUNDE,
TERRY TIMM, RICHARD GIERS,
JAMES ALLEN, MICHAEL FLEMING,
JOHN WAIS and SHARON SHULTZ,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff David Marshall, Jr., a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint.  He requests leave to proceed <u>in forma pauperis</u>.  A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act.  Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on June 22, 2010.  His trust fund account statement should cover the six-month period beginning approximately December 20, 2009

1

and ending approximately June 20, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until July 23, 2010, in which to submit a trust fund account statement for the period beginning December 20, 2009 and ending June 20, 2010. If, by July 23, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 1st day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge